FILED

01/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0532

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0532

_____

MATTHEW G. MONFORTON,

      Petitioner and Appellant,

    v.                                      O R D E R

MICHAEL F. McMAHON,

      Respondent and Appellee.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellee's response brief filed electronically on January 23, 2023, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 11(6)(b)(iii) requires the cover page to include the name, the venue of the tribunal, and the judge in which the case originated or from which appeal is taken. The required information is not included on the cover of Appellee's response brief.

M. R. App. P. 12(1)(d) requires that the statement of facts section of a brief contain references to the pages or the parts of the record at which material facts appear. The statement of facts in Appellee's response brief contains no citations to the record. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellee shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
January 25 2023